IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Linda Garrard, Personal Representative of the Estate of Charles Melvin Pearson,<br><br>    Plaintiff,<br><br>vs.<br><br>Transamerica Life Insurance Company, f/k/a Stonebridge Life Insurance Company,<br><br>    Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>C.A. No. 7:17-cv-00873-TMC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff, Linda Garrard, Personal Representative of the Estate of Charles Melvin Pearson, and Defendant Transamerica Life Insurance Company, f/k/a Stonebridge Life Insurance Company, through their respective attorneys, and stipulate that the above-styled action shall be and the same is hereby dismissed with prejudice. Each party shall bear his/its own costs and expenses of litigation.

This 20th day of February, 2018.

| | |
|---|---|
| s/ William Harry Ehlies, II | s/ Jason D. Maertens |
| William Harry Ehlies, II (#690) | Jason D. Maertens (#10144) |
| Building A, Suite 201 | Smith Moore Leatherwood LLP |
| 310 Mills Avenue | 2 West Washington Street, Suite 1100 (29601) |
| Greenville, SC 29605 | Post Office Box 87 |
| (864) 232-3503 | Greenville, SC 29602 |
| hank@ehlieslaw.com | (864) 751-7600 |
| | (864) 751-7800 (fax) |
| Attorney for Plaintiff | jason.maertens@smithmoorelaw.com |
| Linda Garrard, Personal Representative of the Estate of Charles Melvin Pearson | Attorney for Defendant<br>Transamerica Life Insurance Company f/k/a Stonebridge Life Insurance Company |